IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DANIQUE DAVIS                                                                                        PLAINTIFF
*On behalf of* J.B., A MINOR

vs.                                              Civil No. 1:14-cv-01032

CAROLYN W. COLVIN                                                                              DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Plaintiff's Complaint is hereby dismissed without prejudice.

**ENTERED this 16th day of September 2014.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE